# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **LORNE T. DeFORD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIV-07-730-R |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of the Social Security** | ) |
| **Administration,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach, issued on February 21, 2008. Judge Bacharach recommended that the decision of the Commissioner be reversed and that the matter be remanded for additional proceedings. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Accordingly, the Court adopts the Report and Recommendation in its entirety and the decision of the Commissioner is hereby reversed and remanded.

IT IS SO ORDERED this 14th day of March 2008.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE